UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | |
| JEAN ROBERT CASIMIR, | : | |
| Defendant. | : | |

### ORDER

Having considered the Government's Motion to Seal the Indictment, Arrest Warrant, and related paperwork ("Motion to Seal"), and for good cause stated therein, the Court makes the following findings:

1. Sealing the Indictment, Arrest Warrant, the Motion to Seal, and this Order in the above-captioned matter will further the legitimate prosecutorial interest in the safety of individuals who may be impacted by publication of the Indictment.

2. The public docketing at this time of the Indictment, the Arrest Warrant, the Motion to Seal, and this Order, could compromise the safety of individuals being held hostage by the defendants' unindicted coconspirators.

3. Accordingly, these facts present a legitimate basis for sealing the Indictment, the Arrest Warrant, the Motion to Seal, and this Order to Seal.

Based on the foregoing findings of fact, the Motion is hereby

GRANTED, and it is hereby

4

ORDERED that, in the above-captioned matter, pursuant to Federal Rule of Criminal Procedure 6(e)(4), the Indictment, the Arrest Warrant, the Motion to Seal, and this Order to Seal shall be sealed by the Clerk of the Court.

IT IS FURTHER ORDERED that, notwithstanding this Order to Seal, the Government may disclose the Indictment, Arrest Warrant, and this Order to (1) appropriate U.S. and foreign law enforcement officials and other officials and personnel to the extent that such disclosure is in furtherance of national security or efforts to locate, arrest, detain, transfer, extradite, or expel the defendant, and (2) the court, court officials, and defense counsel in this district or any other appropriate district as necessary to conduct any court proceedings in that district.

It is FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the Indictment, Arrest Warrant, the Motion to Seal, and this Order to Seal until further order of this Court.

It is FURTHER ORDERED that the Indictment and this Order to Seal shall be unsealed upon oral motion of the Government to this Court or to any Court where the defendant is first presented.

It is FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office certified copies of the Indictment, Arrest Warrant, and the instant Motion to Seal and Order, upon request.

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA

cc:    Kimberly L. Paschall
       Assistant U.S. Attorney
       601 D Street, N.W.
       Washington, D.C. 20530