AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

RECEIVED
By Matthew Stanislowski at 4:44 pm, Jan 23, 2025

| | |
|---|---|
| United States of America<br>v.<br>Jean Robert Casimir,<br><br>*Defendant* | ) Case: 1:25-cr-00024<br>) Assigned To: Judge Rudolph Contreras<br>) Assign. Date : 01/23/2025<br>) Description: Indictment (B)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jean Robert Casimir                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

1. 18 U.S.C. § 371 (Conspiracy);
2. 50 U.S.C. § 4819 (Export Control Reform Act or "ECRA"); and
3. 18 U.S.C. § 554 (Smuggling)

Date:     01/23/2025

*Issuing officer's signature*

City and state:    Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/23/2025, and the person was arrested on *(date)* 02/06/2025
at *(city and state)*  Washington DC.

Date:  02/06/2025

*Arresting officer's signature*

D. Stallman - DUSM
*Printed name and title*