<u>**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| VS. | *   CASE NO. 25-CR-024 |
| | * |
| **JEAN ROBERT CASIMIR** | * |
| | * * * * * * * * * |

<u>**NOTICE OF APPEARANCE**</u>

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Alfred Guillaume, Esq. hereby moves this Honorable Court to enter his appearance on behalf of the Defendant in the above captioned case pursuant to the Criminal Justice Act.

              Respectfully submitted,

              *Alfred Guillaume*

              Alfred Guillaume III, Esq.
              Law Offices of Alfred Guillaume III, LLC
              1350 Connecticut Ave. NW, Suite 308
              Washington, D.C. 20036

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 7th day of FEBRUARY 2025 a copy of this motion was sent electronically via CM/ECF to all parties of record.

      *Alfred Guillaume*
      _____
      Alfred Guillaume III, Esq.