IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *  Case No. 25-024-RC |
| JEAN ROBERT CASIMIR | * |

\* \* \* \* \*

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

JEAN ROBERT CASIMIR, by and through counsel, Alfred Guillaume III, and with the consent of all parties, moves this Honorable Court to continue the February 20, 2025, status conference to March 31, 2025.  The grounds for this relief are as follows:

1. Undersigned counsel needs time to receive discovery and review it with his client.

2. Assistant United States Attorney Kimberly Paschall does not object to rescheduling the status hearing.

3. Both counsel for Mr. Casimir and the government are available on March 31, 2025.

4. In the event the Court is not available on March 31, 2025, the defendant requests that the motion to continue be granted, and the parties will work together to find a mutually agreeable date.

5. Mr. Casimir agrees to exclude the time between February 20, 2025, and the date of the next status conference, whether that be March 31, 2025 or a date thereafter, in order to allow him to meet and confer with his attorney and review discovery.

WHEREFORE, the defendant respectfully requests that the status conference scheduled for February 20, 2025, be rescheduled to March 31, 2025 , or  any date thereafter, that is agreeable to all parties.

1

Respectfully submitted,

*Alfred Guillaume*

Alfred Guillaume III, #MD0085
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, #308
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 19th day of February 2025, a copy of the foregoing Motion was served electronically to all parties of record, including to the Office of the United States Attorney for the District of Columbia.

*Alfred Guillaume*
Alfred Guillaume III

2